UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Ahrenholz, et al., Plaintiffs, | No.: 01-CV-1635 (DSD/JGL) |
| vs. | Docket No.: 49 |
| Farm Bureau Mutual Insurance Co., Defendant. | **ORDER** |

Based upon Plaintiffs' and Defendant's Stipulation of Dismissal With Prejudice that has been signed by the parties' respective counsel,

**IT IS HEREBY ORDERED**:

1. Plaintiffs' Complaint in the above-captioned matter is dismissed with prejudice and each party is to bear his/her/its own costs, including attorneys' fees; and

2. This dismissal does not constitute a dismissal of, and it will have no effect upon, Defendant's remaining claims against any other party, including but not limited to its claims for indemnification against the Federal Crop Insurance Corporation asserted herein in its Third-Party Complaint, which claims Defendant has expressly retained and reserved.

Dated: December 29, 2004

s/David S. Doty
David S. Doty, Judge
U.S. District Court